```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF OREGON

MELANI NEISZ,                    )
                                 )
          Plaintiff,             )    Case No. 06-1074-HO
                                 )
     v.                          )    JUDGMENT
                                 )
Commissioner of Social Security, )
                                 )
          Defendant.             )
_____)
```

The decision of the Commissioner is reversed and remanded for further proceedings.

DATED this __5th__ day of __August__, 2008.

                                                  s/ Michael R. Hogan
                                           UNITED STATES DISTRICT JUDGE

1 - JUDGMENT