UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

FILED '08 OCT 28 12:08 USDC-ORE

| | |
|---|---|
| MELANI NEISZ, | ) |
| Plaintiff, | ) CV 06-1074-HO |
| vs. | ) ORDER AWARDING FEES |
| | ) PURSUANT TO THE EQUAL ACCESS |
| MICHAEL J. ASTRUE, | ) TO JUSTICE ACT |
| Commissioner of Social | ) |
| Security Administration, | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,450.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The EAJA fees are payable to attorney Rory Linerud and are to be sent directly to Rory J. Linerud. There are no costs or expenses to be paid.

IT IS SO ORDERED.

DATED this 28th day of Oct., 2008

_____
MICHAEL R. HOGAN
United States District Court Judge

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1